# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Nicholas David Trout<br>Diana Elizabeth Trout<br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 19-03269 HWV |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of PennyMac Loan Services, LLC in the above captioned matter.

POWERS KIRN, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Dated: October 23, 2020