IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| NICHOLAS DAVID TROUT | : | CASE NO. 1-19-03269-HWV |
| aka NICK D. TROUT | : | |
| DIANA ELIZABETH TROUT | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| PENNYMAC LOAN SERVICES, LLC | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS DAVID TROUT | : | |
| aka NICK D. TROUT | : | |
| DIANA ELIZABETH TROUT | : | |
| Respondents | : | |

### DEBTORS' RESPONSE TO MOTION OF
### PENNYMAC LOAN SERVICES, LLC
### FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come Debtors, Nicholas David Trout and Diana Elizabeth Trout, by and through their attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. Debtors have no knowledge as to the holder of the mortgage. Strict proof is demanded.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied. Debtors offer to cure the arrearage through an Amended Plan.

9. Admitted.

**WHEREFORE**, Debtors respectfully request that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 11-9-20

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF PENNYMAC LOAN SERVICES, LLC FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

CHARLES J. DEHART III, ESQUIRE      dehartstaff@pamd13trustee.com
CHAPTER 13 TRUSTEE
VIA E-SERVICE

REBECCA A. SOLARZ, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 11/9/2020