In re:  Case No. 19-03269-HWV

Nicholas David Trout  Chapter 13

Diana Elizabeth Trout

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2

Date Rcvd: Jul 27, 2022     Form ID: pdf010     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas David Trout, Diana Elizabeth Trout, 1518 Terrill Road, Harrisburg, PA 17109-5652 |
| 5229304 | + | Fidelity, PO Box 770001, Cincinnati, OH 45277-0001 |
| 5229305 | + | Keystone Collection, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5229308 | + | PPL, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 5229307 | + | Phelan Hallinan Diamond & Jones, LL, 1617 John F. Kennedy Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5229300 | + | Email/Text: bknotice@ercbpo.com | Jul 27 2022 18:39:00 | AT&T Mobility, c/o ERC/Enhanced Recovery Corp, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5248537 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 18:53:35 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5229301 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 18:53:34 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5234843 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 18:41:05 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5229303 | | Email/Text: mrdiscen@discover.com | Jul 27 2022 18:39:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 5231174 | | Email/Text: mrdiscen@discover.com | Jul 27 2022 18:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5229298 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2022 18:39:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5229302 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 18:53:32 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 5229299 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2022 18:39:00 | PA Department of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5229306 | + | Email/PDF: ebnotices@pnmac.com | Jul 27 2022 18:54:25 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5229309 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 18:54:14 | Sterling Jewelers, Inc. Kay, c/o Resurgent Capital Services, 55 Beattie Pl #110, Greenville, SC 29601-5115 |
| 5229310 | + | Email/Text: bncmail@w-legal.com | Jul 27 2022 18:39:00 | Target, Attn: Bankruptcy, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5252187 | | Email/PDF: ebn_ais@aisinfo.com | | |

| | Jul 27 2022 18:41:05 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
|---|---|---|

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5256683 | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 2 Diana Elizabeth Trout gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Nicholas David Trout gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Pennymac Loan Services  LLC pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor Pennymac Loan Services  LLC bankruptcy@powerskirn.com |
| Rebecca Ann Solarz | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : |
| NICHOLAS DAVID TROUT | : CASE NO.: 1:19-bk-03269 HWV |
| a/k/a NICK D. TROUT | : |
| DIANA ELIZABETH TROUT | : |
| Debtors | : CHAPTER 13 |

ORDER

Upon consideration of the Motion to Suspend Payments;

**IT IS HEREBY ORDERED AND DECREED** that the Debtors' payments under the Chapter 13 Plan are hereby reduced from five hundred dollars ($500.00) for June 2022 to August 2022 to zero dollars ($0.00), and permitting the remainder of the payment to be made in a lump sum at the end of the Chapter 13 Plan.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 27, 2022