

# PENNYMAC

July 20, 2023

GARY J IMBLUM ESQ
4615 DERRY STREET
HARRISBURG PA 17111
CC: Nicholas D Trout
Re: Loan Number: 8-23267

Property Address:
1518 Terrill Road
Harrisburg, PA 17109

Dear NICHOLAS D. TROUT, DIANA E. TROUT:

Congratulations! We are happy to offer you a FNMA (Fannie Mae) Flex Streamline Modification that will bring your loan current and allow you to resume making your monthly payments. We have received all of the required trial payments. We will modify your mortgage loan and waive all prior late charges that remain unpaid.

The enclosed modification agreement ("Modification Agreement") reflects the proposed terms of your modified mortgage. **Please see steps below** to finalize the modification.

**How to Accept This Offer:**

| STEP 1 | COMPLETE AND RETURN THE ENCLOSED AGREEMENT BY THE DUE DATE |

To accept this offer, you must sign and return one copy of the Modification Agreement to us in the enclosed pre-paid envelope by August 7, 2023. You must sign the copy before a notary public and return the signed and notarized copy to us. The other copy is included for your records. If you do not send a signed and notarized copy of the Modification Agreement to us by the above date, you must contact us if you still wish to be considered for this program and have your loan modified.

| STEP 2 | CONTINUE TO MAKE YOUR PAYMENTS ON TIME |

Be certain to make your first payment under the Modification Agreement on or before the date it is due. **Your first payment will be in the amount of $907.15.** If you do not make your first payment due under the Modification Agreement, your loan may not be modified. If your loan is subject to a pending bankruptcy proceeding, and if we are required to obtain court approval for the modification, you must continue to timely make your trial payments until the bankruptcy court approves the modification and your loan is permanently modified.

To better understand the proposed terms of your modified mortgage, please read the attached summary of your modified mortgage and the Modification Agreement.

Should you have questions or would like to discuss the information contained in this letter, please call me at (866) 629-4570, Monday-Friday between the hours of 8:00 a.m. - 5:00 p.m. Pacific Time.

Murisha Ellis


"A"
Case 1:19-bk-03269-HWV    Doc 59    Filed 08/11/23    Entered 08/11/23 10:22:29    Desc
Main Document    Page 1 of 15

PennyMac Loan Services, LLC

We look forward to hearing from you no later than August 7, 2023.

Note: Should your signed Modification Agreement be received and accepted by Pennymac after the first modified payment due date of September 1, 2023 (as referenced within your Modification Agreement), you will be required to include your first new payment along with the Modification Agreement. Failure to include this first payment will result in your modification being rejected for non-payment.

Sincerely,

PennyMac Loan Services LLC

| Toll Free: (866) 629-4570 | Website: PENNYMAC.COM | Payments: | General Correspondence: |
|---|---|---|---|
| M-F 6:00 AM - 6:00 PM PT<br>SAT 7:00 AM - 11:00 AM PT<br>Toll-Free Fax: (800) 947-1421 | Secure Messaging Online:<br>Create an account and/or log in to PENNYMAC.COM<br>then look for the Secured Message Center to communicate with us securely. Once logged in, visit the "Modification Center" to view important documentations. | Standard Address:<br>P.O. Box 30597<br>Los Angeles, CA 90030-0597<br>Overnight Address:<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746<br>(Please do not send correspondence | Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387<br>(Please do not send payments)<br>Notice of Error and Information Request Address:<br>Attn: Correspondence Unit<br>P.O. Box 5133<br>Thousand Oaks, CA 91359-5133<br>(Please do not send payments) |



## SUMMARY

**Below is a summary of the modified mortgage.**

**Interest Rate**     4.500%
The interest rate on your modified loan will be adjusted as noted in the attached Modification Agreement in Section   .

**Term Extension**     480
To reduce your mortgage payment, we will extend the term of your mortgage. This means we will spread your payments over a longer period.

**Escrow Account**     $415.79
The terms of your Modification Agreement require the servicer to set aside a portion of your new monthly payment in an escrow account for payment of your property taxes, insurance premiums, and other required fees. Any prior waiver of escrows by your lender is no longer in effect. PENNYMAC LOAN SERVICES LLC will draw on this account to pay your real estate taxes and insurance premiums as they come due. Please note that your escrow payment amount will adjust if your taxes, insurance premiums and/or assessment amounts change, so the amount of your monthly payment that PENNYMAC LOAN SERVICES LLC must place in escrow will also adjust as permitted by law. This means that your monthly payment may change. Your initial monthly escrow payment will be $415.79. You do not need to remit this amount separately.

**Escrow Shortage**     $2,646.54
Due to the timing of your tax and insurance payments, we have determined that there is a shortage of funds in your escrow account in the amount of $2,646.54. You may pay this amount over a 5 year (60 months) period. This monthly payment of $44.09 has already been included in the monthly escrow payment stated above. If you wish to pay the total shortage now in a lump sum, please contact us. Paying this amount now in a lump sum will reduce your new monthly mortgage payment.

**Private Mortgage Insurance**
If your loan has private mortgage insurance ("PMI"), this modification agreement and the resulting changes to your loan may impact when you have the right to request cancellation of your PMI or when your PMI will automatically terminate under federal law. As reflected in your Private Mortgage Insurance Disclosure that you signed when you received your loan, your right to request cancellation of PMI, and auto-termination of PMI, are each based on the principal balance of your loan reaching a certain percentage of the original value of the property. Your principal balance may have changed as a result of this modification and may delay cancellation or termination of your PMI.

**Representations**
Please read the enclosed Modification Agreement carefully and make sure that you understand it and that the statements set forth in the "My Representations" section are true and accurate. If you have any questions, please contact us at (866) 629-4570.


Case 1:19-bk-03269-HWV    Doc 59    Filed 08/11/23    Entered 08/11/23 10:22:29    Desc
Main Document     Page 3 of 15

In accordance with the Fair Debt Collection Practices Act, 15 U.S.C. section 1692 et seq., debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to: (i) the use or threat of violence; (ii) the use of obscene or profane language; and (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

**NEW YORK** - If a creditor or debt collector receives a money judgment against you in court, state and federal laws prevent the following types of income from being taken to pay the debt: 1) Supplemental security income (SSI); 2) Social security; 3) Public assistance (welfare); 4) Spousal support, maintenance (alimony) or child support; 5) Unemployment benefits; 6) Disability benefits; 7) Workers' compensation benefits; 8) Public or private pensions; 9) Veterans' benefits; 10) Federal student loans, federal student grants, and federal work study funds; and 11) Ninety percent of your wages or salary earned in the last sixty days. PennyMac Loan Services, LLC is registered with the Superintendent of the New York State Department of Financial Services (Department). You may obtain further information or file a complaint by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting www.dfs.ny.gov.

**NORTH CAROLINA** - Licensed by the North Carolina Office of the Commissioner of Banks. Complaints regarding the servicing of your mortgage may be submitted to the Office of the Commissioner of Banks, 316 W. Edenton Street, Raleigh, NC 27603, (919) 733-3016. Licensed by the North Carolina Department of Insurance. Permit No.119504607 - 6101 Condor Dr., Suite 200, Moorpark, CA 93021. Permit No.119505929 - 14800 Trinity Blvd., Fort Worth, TX 76155. Permit No.119506567 - 3043 Townsgate Rd., Suite 200, Westlake Village, CA 91361. Permit No.119506570 - 2201 West Plano Parkway, Suites 150 and 300, Plano, TX 75075. Permit No.119507419 - 10550 West Charleston Blvd., Suite A, Las Vegas, NV 89135.

**OREGON** – Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at (800) 777-4001. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

*This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. However, if your account is subject to pending bankruptcy proceedings or if you have received a discharge in bankruptcy, this statement is for informational purposes only and is not an attempt to collect a debt against you personally.*

### Licensing Information

Equal Housing Opportunity © 2008-2023 PennyMac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361, 818-224-7442. NMLS ID # 35953 (www.nmlsconsumeraccess.org). Trade/service marks are the property of PennyMac Loan Services, LLC and/or its subsidiaries or affiliates. Arizona Mortgage Banker License # 0911088. Licensed by the Department of Financial Protection and Innovation under the California Residential Mortgage Lending Act. Colorado: Colorado office: 5500 South Quebec Street, Suite 260, Greenwood Village, Colorado 80111, (877) 215-2552. Massachusetts Mortgage Lender License # MC35953. Minnesota: This is not an offer to enter into an agreement and an offer may only be made pursuant to Minn. Stat. §47.206 (3) & (4). Licensed by the N.J. Department of Banking and Insurance. Licensed Mortgage Banker-NYS Department of Financial Services. Rhode Island Lender License # 20092600LL. For more information, please visit PENNYMAC.COM/state-licenses. Co-op Loans not available. Some products may not be available in all states. Information, rates and pricing are subject to change without prior notice at the sole discretion of PennyMac Loan Services, LLC. All loan programs subject to borrowers meeting appropriate underwriting conditions. This is not a commitment to lend. Other restrictions apply. All rights reserved. (01-2023)



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# ATTENTION NOTARY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ALL dates on signature lines and acknowledgements must MATCH
## Please be sure to SIGN and PRINT your name exactly as it appears on your notary stamp/seal.

Please see below for example:

**BORROWER ACKNOWLEDGEMENT**

State of ___{State}___
County of ___{County}___

On this ___{day}___ day of ___{Month}___, in the year ___{Year}___, before me, the undersigned officer, personally appeared **JOHN DOE AND JANE DOE [pre-printed name of person acknowledged]**, to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein.

In witness whereof, I hereunto set my hand and official seal.

_____{Signature of Notary}_____
Signature of Officer

{Place seal here}
DO NOT COVER ANY TEXT

_____{Printed name of Notary}_____
Printed Name

(Seal)

_____{print: "Notary Public"}_____
Title of Officer

My Commission Expires: {Month/Day/Year}

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Failure to do so will result in the documents being rejected by the lender and a new set of documents will have to be executed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PA

Prepared By:
PennyMac Loan Services, LLC
6101 Condor Drive, Suite 200
Moorpark, CA 93021
866-549-3583

After Recording Please Return To:
ServiceLink
Attn: Loan Modification Solutions
3220 El Camino Real
Irvine, CA 92602

Property Address:
1518 Terrill Road
Harrisburg, PA 17109

UPI/PIN/Tax ID: **350651080000000**

———————————————————[Space Above This Line For Recording Data]———————————————————

LOAN NO.: 8-23267

# LOAN MODIFICATION AGREEMENT
## (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this **20th** day of **July, 2023**, between **NICHOLAS D. TROUT AND DIANA E. TROUT** ("Borrower"), **PennyMac Loan Services, LLC** ("Lender"), amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated **April 30, 2012** and in the amount of **$124,800.00** and recorded on **April 30, 2012** in Book, Volume, or Liber No.            , at Page            (or as Instrument No. **N/A**) , of the **Official** Records of **Dauphin,PENNSYLVANIA** and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at:

**1518 Terrill Road, Harrisburg, PA 17109**
[Property Address]

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 1 of 10
86510PA 01/21 Rev. 06/23



the real property described being set forth as follows:
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:**

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of **September 1, 2023**, the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. **$109,297.52**, consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of **4.500%**, from **August 1, 2023**. Borrower promises to make monthly payments of principal and interest of U.S. **$491.36**, beginning on the **1st** day of **September, 2023**, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of **4.500%** will remain in effect until principal and interest are paid in full. If on **August 1, 2063** (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of



this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

   a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

   b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. Borrower understands and agrees that:

   a) All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

   b) All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way

---

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 3 of 10                                                     86510PA 01/21 Rev. 06/23



        obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

c)     Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

d)     Borrower understands that the Note and Security Instrument will not be modified unless and until (i) the Lender accepts this Agreement by signing the Loan Modification Agreement, (ii) the Modification Effective Date (as defined in Section 3) has occurred, and (iii) Bankruptcy Court approval, where applicable, has been obtained and Borrower has timely made all required trial plan payments through Court approval.

e)     All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

f)     Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

g)     Borrower authorizes Lender, and Lender's successors and assigns, to share Borrower information including, but not limited to (i) name, address, and telephone number, (ii) Social Security Number, (iii) credit score, (iv) income, (v) payment history, (vi) account balances and activity, including information about any modification or foreclosure relief programs, with Third Parties that can assist Lender and Borrower in obtaining a foreclosure prevention alternative, or otherwise provide support services related to Borrower's loan. For purposes of this section, Third Parties include a counseling agency, state or local Housing Finance Agency or similar entity, any insurer, guarantor, or servicer that insures, guarantees, or services Borrower's loan or any other mortgage loan secured by the

---

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 4 of 10         86510PA 01/21 Rev. 06/23



Property on which Borrower is obligated, or to any companies that perform support services to them in connection with Borrower's loan.

Borrower consents to being contacted by Lender or Third Parties concerning mortgage assistance relating to Borrower's loan including the trial period plan to modify Borrower's loan, at any telephone number, including mobile telephone number, or email address Borrower has provided to Lender or Third Parties.

By checking this box, Borrower also consents to being contacted by text messaging ☐.

6. By this paragraph, Lender is notifying Borrower that any prior waiver by Lender of Borrower's obligation to pay to Lender Funds for any or all Escrow Items is hereby revoked, and Borrower has been advised of the amount needed to fully fund the Escrow Items.

7. That I will execute such other documents as may be reasonably necessary to either (i) consummate the terms and conditions of this Agreement; or (ii) correct the terms and conditions of this Agreement if an error is detected after execution of this Agreement. I understand that either a corrected Agreement or a letter agreement containing the correction will be provided to me for my signature. At Lender's option, this Agreement will be void and of no legal effect upon notice of such error. If I elect not to sign any such corrective documentation, the terms of the original Loan Documents shall continue in full force and effect, such terms will not be modified by this Agreement, and I will not be eligible for a modification.

---

Loan Modification Agreement—Single Family—Fannie Mae Uniform Instrument
Page 5 of 10
86510PA 01/21 Rev. 06/23



_____   Date: 7/28/23
Borrower    - NICHOLAS D. TROUT

_____   Date: 7/31/23
Borrower    - DIANA E. TROUT

## ACKNOWLEDGMENT

State of **Pennsylvania**      §
                               §
County of **Dauphin**          §

On this **28th + 31st** day of **July**, **2023**, before me, the undersigned officer, personally appeared **NICHOLAS D. TROUT AND DIANA E. TROUT**, known to me (or satisfactorily proven), to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein.

In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public — *Carol V. Shay*

**Carol V. Shay**
Printed Name

**Notary Public**
Title of Officer

(Seal)
Commonwealth of Pennsylvania - Notary Seal
Carol V. Shay, Notary Public
Dauphin County
My commission expires February 26, 2026
Commission number 1187733
Member, Pennsylvania Association of Notaries

My Commission Expires: **2/26/2026**

ACCEPTED AND AGREED TO BY THE OWNER AND HOLDER OF SAID NOTE
PennyMac Loan Services, LLC

_____ (Seal)
-Lender

By: _____

_____
Date of Lender's Signature



## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _____ §
§
County of _____ §

On _____ before me, _____, Notary Public personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity on behalf of the corporation, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

_____
Printed Name

(Seal)                My Commission Expires: _____

## EXHIBIT A

BORROWER(S): NICHOLAS D. TROUT AND DIANA E. TROUT

LOAN NUMBER: 8-23267

LEGAL DESCRIPTION:

STATE OF PENNSYLVANIA, COUNTY OF DAUPHIN, AND DESCRIBED AS FOLLOWS:

ALL THOSE CERTAIN LOTS OR PARCEL SO FL AND SITUATE IN LOWER PAXTON TOWNSHIP, DAUPHIN COUNTY,
PENNSYLVANIA, BOUNDED AND DESCRIBED IN ACCORDANCE WITH A SURVEY AND PLAN THEREOF, PREPARED BY ROY M. H
BENJAMIN, PROFESSIONAL ENGINEER, AS FOLLOWS:
TRACT NO. 1 - BEGINNING AT A POINT ON THE HE WESTERN LINE OF TERRILL DRIVE, SAID POINT BEING ON THE DIVIDING
LINE BETWEEN LOTS NOS 3 AND 4 ON THE HEREINAFTER MENTIONED PLAN OF LOTS; THENCE ALONG THE WESTERN LINE OF
TRERRILL DRIVE, SOUTH FIVE DEGREES THIRTY MINUTES EAST, FOURTEEN FEET (S. 05° 30' E., 14.00') TO A POINT; THENCE SOUTH,
EIGHTY-FOUR DEGREES THIRTY MINUTES WEST, FIFTY-FOUR AND SIXTY-SIX HUNDREDTHS FEET (S. 84° 30' W., 54.66') TO A POINT;
THENCE NORTH SEVENTY DEGREES EIGHT MINUTES EAST FIFTY-SIX AND FORTY-TWO HUNDREDTHS FEET (N. 70° 8' E., 56.42') TO A
POINT ON THE WESTERN LINE OF TERRILL DRIVE, THE PLACE OF BEGINNING.
BEING A SMALL TRIANGULAR PORTION OF LOT NO. 4, BLOCK G ON PLAN OF LOCUST LANE GARDENS, RECORDED IN PLAN BOOK
T PAGE 5, DAUPHIN COUNTY RECORDS.
TRACT NO. 2 - BEGINNING AT A POINT AT THE NORTHWEST CORNER OF THE INTERSECTION OF TERRILL DRIVE AND CUSHING
PLACE; THENCE ALONG THE WESTERN LIE OF TERRILL DRIVE, SOUTH FIVE DEGREES THIRTY MINUTES EAST, SEVENTY-FIVE FEET (S.



05° 30' E, 75.00') TO A POINT ON THE NORTHERN LINE OF LOT NO. 4, BLOCK "G" ON THE HEREINAFTER MENTIONED PLAN OF LOTS;
THENCE SOUTH SEVENTY DEGREES EIGHT MINUTES WEST, ONE HUNDRED FIFTY-FOUR AND EIGHTY-FOUR HUNDREDTHS FEET (S. 70° 08'W., 154.84') TO A POINT; THENCE NORTH FIVE DEGREES THIRTY MINUTES WEST, SEVENTY-FIVE FEET (N. 05° 30' W., 75.00') TO A POINT; THENCE NORTH SEVENTY DEGREES EIGHT MINUTES EAST, ONE HUNDRED FIFTY-FOUR AND EIGHTY-FOUR HUNDREDTHS FEET (N. 70° 08' E., 154.84') TO A POINT, THE PLACE OF BEGINNING.
BEING LOTS 1,2 AND 3, BLOCK "B", ON THE PLAN OF LOCUST LANE, AS RECORDED IN PLAN BOOK T PAGE 5.
HAVING THEREON ERECTED A ONE STORY BRICK AND FRAME DWELLING AND KNOWN AS 1518 TERRILL DRIVE, HARRISBURG, PENNSYLVANIA.
BEING FURTHER IDENTIFIED AS TAX PARCEL #35-065-108.
BEING THE SAME PREMISES WHICH WILLIAM FROWNFELTER AND DANI FROWNFELTER, HIS WIFE, BY THEIR DEED DATED APRIL 20,2 012 AND INTENDED TO BE RECORDED HEREWITH, GRANTED AND CONVEYED UNTO NICHOLAS D. TROUT AND DIANA E. TROUT, HIS WIFE, OWNER/MORTGAGORS HEREIN.

UPI/PIN/Tax ID: 350651080000000

ALSO KNOWN AS: 1518 Terrill Road, Harrisburg, PA 17109

