# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Nicholas David Trout
 Diana Elizabeth Trout

                        Case No.:1-19-03269HWV

                        Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Pennymac |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 3267 |
| Property Address if applicable: | 1518 Terrill Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $7,692.18 |
| b. | Prepetition arrearages paid by the trustee: | $7,692.18 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $3,113.62 |
| f. | Postpetition arrearage paid by the trustee: | $3,113.62 |
| g. | Total b, d, and f: | $10,805.80 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: August 14, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Nicholas David Trout
Diana Elizabeth Trout

Case No.:1-19-03269HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on August 14, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Gary J. Imblum, Esquire
4615 Derry St
Harrisburg PA 17111

**Served by First Class Mail**
PennyMac Loan Servicing, Inc
6101 Condor Dr
Suite 200
Moorpark CA 93021

Nicholas David Trout
Diana Elizabeth Trout
1518 Terrill Rd
Harrisburg  PA 17109

I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 14, 2024                    /s/  Liz Joyce
                                          Office of the Standing Chapter 13 Trustee
                                          Jack N. Zaharopoulos
                                          Suite A, 8125 Adams Dr.
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          email: info@pamd13trustee.com

Case: 19-03269    NICHOLAS DAVID TROUT

**PENNYMAC LOAN SERVICES, LLC**

P.O. BOX 660929
DALLAS, TX  75266-0929

Sequence: 24
Modify:
Filed Date:
Hold Code: P

Acct No: 3267/POST ARREARS/1518 TI

POST-PETITION ARREARS   2ND APAMENDED POC 10/23

|  |  |  |  |  |
|---|---|---|---|---|
| Amt Sched: $0.00 | Debt: $6,201.66 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $3,113.62 | Accrued Int: $0.00 |
|  |  | Balance Due: $3,088.04 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | C | 10/24/2023 | 0 | ($139.46) | $0.00 | ($139.46) | |
| | | | | | | | Cred Rfd Chk #: 8517438 | |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028976 | $139.46 | $0.00 | $139.46 | 09/28/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027954 | $139.46 | $0.00 | $139.46 | 08/24/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026969 | $139.46 | $0.00 | $139.46 | 07/25/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026050 | $133.99 | $0.00 | $133.99 | 06/26/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025113 | $131.43 | $0.00 | $131.43 | 05/30/2023 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020073 | $133.99 | $0.00 | $133.99 | 12/27/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019120 | $143.37 | $0.00 | $143.37 | 12/19/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018084 | $160.78 | $0.00 | $160.78 | 11/04/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013969 | $131.54 | $0.00 | $131.54 | 06/30/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012938 | $131.54 | $0.00 | $131.54 | 06/01/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011856 | $131.53 | $0.00 | $131.53 | 04/22/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010840 | $131.54 | $0.00 | $131.54 | 03/23/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009852 | $131.54 | $0.00 | $131.54 | 03/02/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008882 | $131.54 | $0.00 | $131.54 | 01/27/2022 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007866 | $131.53 | $0.00 | $131.53 | 12/24/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005813 | $135.43 | $0.00 | $135.43 | 10/26/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004767 | $398.55 | $0.00 | $398.55 | 09/30/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 08/18/2021 | 2003765 | $470.00 | $0.00 | $470.00 | 08/30/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 04/15/2021 | 1229333 | $61.65 | $0.00 | $61.65 | 04/27/2021 |
| 521-0 | PENNYMAC LOAN SERVICES, LLC | | 12/10/2020 | 1224506 | $144.75 | $0.00 | $144.75 | 01/13/2021 |
| | | | | Sub-totals: | $3,113.62 | $0.00 | $3,113.62 | |
| | | | | Grand Total: | $3,113.62 | $0.00 | | |

# Disbursements for Claim

**Case:** 19-03269   **NICHOLAS DAVID TROUT**

**PENNYMAC LOAN SERVICES, LLC**

P.O. BOX 660929
DALLAS, TX  75266-0929

Sequence: 24
Modify:
Filed Date: 10/8/2019 12:00:00AM
Hold Code: P

Acct No: 3267/PRE ARREARS/1518 TEF

AMENDED POC 10/23

Amt Sched: $118,604.00
Amt Due: $0.00
Debt: $15,321.14
Paid: $7,692.18
Interest Paid: $0.00
Accrued Int: $0.00
Balance Due: $7,628.96

| Claim | name | Type | Date | Check # | Principal | Interest / DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **PENNYMAC LOAN SERVICES, LLC** | | | | | | | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | C | 10/24/2023 | 0 | ($344.54) | $0.00 | ($344.54) | |
| | | | | | | Cred Rfd Chk #: 8517438 | | |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/19/2023 | 2028976 | $344.54 | $0.00 | $344.54 | 09/28/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 08/09/2023 | 2027954 | $344.54 | $0.00 | $344.54 | 08/24/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 07/11/2023 | 2026969 | $344.54 | $0.00 | $344.54 | 07/25/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/13/2023 | 2026050 | $331.01 | $0.00 | $331.01 | 06/26/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/16/2023 | 2025113 | $324.72 | $0.00 | $324.72 | 05/30/2023 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/13/2022 | 2020073 | $331.01 | $0.00 | $331.01 | 12/27/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 11/16/2022 | 2019119 | $354.18 | $0.00 | $354.18 | 12/19/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/18/2022 | 2018083 | $397.22 | $0.00 | $397.22 | 11/03/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 06/14/2022 | 2013969 | $324.96 | $0.00 | $324.96 | 06/30/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/17/2022 | 2012937 | $324.96 | $0.00 | $324.96 | 05/25/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/12/2022 | 2011856 | $324.97 | $0.00 | $324.97 | 04/22/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/16/2022 | 2010840 | $324.96 | $0.00 | $324.96 | 03/23/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/16/2022 | 2009852 | $324.96 | $0.00 | $324.96 | 03/02/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/19/2022 | 2008882 | $324.96 | $0.00 | $324.96 | 01/27/2022 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 12/15/2021 | 2007866 | $324.97 | $0.00 | $324.97 | 12/24/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 10/14/2021 | 2005813 | $334.57 | $0.00 | $334.57 | 10/26/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 09/14/2021 | 2004767 | $71.45 | $0.00 | $71.45 | 09/30/2021 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 05/06/2020 | 1217630 | $585.00 | $0.00 | $585.00 | 05/19/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 04/14/2020 | 1216612 | $606.45 | $0.00 | $606.45 | 04/29/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 03/12/2020 | 1215334 | $606.45 | $0.00 | $606.45 | 04/01/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 02/13/2020 | 1214021 | $606.45 | $0.00 | $606.45 | 03/03/2020 |
| 520-0 | PENNYMAC LOAN SERVICES, LLC | | 01/16/2020 | 1212666 | $179.85 | $0.00 | $179.85 | 02/10/2020 |
| | | | | **Sub-totals:** | **$7,692.18** | **$0.00** | **$7,692.18** | |
| | | | | **Grand Total:** | **$7,692.18** | **$0.00** | | |