IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicholas David Trout aka Nick D. Trout<br>Diana Elizabeth Trout<br>    Debtors<br><br>PENNYMAC LOAN SERVICES, LLC<br>    Movant<br>vs.<br><br>Nicholas David Trout aka Nick D. Trout<br>Diana Elizabeth Trout<br>    Debtors<br><br>Jack N. Zaharopoulos, Esq.<br>    Trustee | BK NO. 19-03269 HWV<br><br>Chapter 13<br><br>Related to Claim No. 5-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 25, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Nicholas David Trout aka Nick D. Trout
1518 Terrill Road
Harrisburg, PA 17109

Diana Elizabeth Trout
1518 Terrill Road
Harrisburg, PA 17109

Attorney for Debtors
Gary J. Imblum, Esq.
4615 Derry Street (VIA ECF)
Harrisburg, PA 17111

Trustee
Jack N. Zaharopoulos, Trustee
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first class mail.

Dated: August 25, 2022

                 **/s/Rebecca A. Solarz, Esquire**
                 Rebecca A. Solarz, Esquire
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 215-825-6327
                 rsolarz@kmllawgroup.com